# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE COMMONWEALTH OF PENNSYLVANIA, | : | Civil No. 1:25-CV-00274 |
| Plaintiff, | : | |
| v. | : | |
| NICOLE RENEE BURNSIDE, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 24th day of February, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendant's affidavit of indigency is construed as a motion to proceed *in forma pauperis*, Doc. 2, and is **GRANTED**.

2. The notice of removal, Doc. 1, is deemed filed.

3. Defendant's criminal action is **REMANDED** back to the York County Court of Common Pleas.

4. The Clerk of Court is directed to forward a copy of this order and accompanying memorandum to the Clerk of Court of the Court of Common Pleas of York County to be associated with Case No. CP-67-CR-0004749-2024.

5. The Clerk of Court is directed to **CLOSE** the case.

                                             s/Jennifer P. Wilson
                                             JENNIFER P. WILSON
                                             United States District Judge
                                             Middle District of Pennsylvania